Joseph Wagner, OSB No. 211725
joseph@jwagner.legal
JOSEPH WAGNER LAW OFFICE
1220 Main Street, Suite 400
Vancouver, WA 98660
Telephone: (360) 597-4173

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JA'VONCE WARRE**, | Case No.: 3:23-cv-00391-HZ |
| Plaintiff, | |
| v. | **REQUEST FOR REFUND OF FEES PAID ELECTRONICALLY** |
| **PORTFOLIO SERVICES LIMITED, INC., AND PORTFOLIO SE, INC., AND EXPRESS SYSTEMS, INC.** | |
| Defendants. | |

The following filing fee refund request is made pursuant to the procedures set forth in Standing Order 2011-9 for refunding erroneous or duplicate electronic filing fee payments. The reason for and amount of the refund request are as follows:

The initial filing did not contain the complaint. A second initial filing was made containing the complaint and two filing fees were charged.

Requester is the attorney captioned above.

Page 1 – Request for Refund of Fees
Paid Electronically

JOSEPH WAGNER LAW OFFICE
1220 Main Street, Suite 400
Vancouver, Washington 98660
(360) 597-4173
joseph@jwagner.legal

Attached hereto is supporting documentation including a copy of the electronic payment receipt and a copy of the Notice of Electronic Filing (NEF) from the system transaction in CM/ECF during which the payment was made.

RESPECTFULLY SUBMITTED this 20th day of March, 2023.

*s/Joseph Wagner*
Joseph Wagner, OSB No. 211725

Page 2 – Request for Refund of Fees
Paid Electronically

**JOSEPH WAGNER LAW OFFICE**
1220 Main Street, Suite 400
Vancouver, Washington 98660
(360) 597-4173
joseph@jwagner.legal


Joseph Wagner <joseph@jwagner.legal>

# Activity in Case 3:23-cv-00391-HZ Warre v. Portfolio Services Limited, Inc. et al Complaint

1 message

**info@ord.uscourts.gov** <info@ord.uscourts.gov>  Fri, Mar 17, 2023 at 2:04 PM
To: nobody@ord.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Oregon

## Notice of Electronic Filing

The following transaction was entered by Wagner, Joseph on 3/17/2023 at 2:04 PM PDT and filed on 3/17/2023

**Case Name:** Warre v. Portfolio Services Limited, Inc. et al
**Case Number:** 3:23-cv-00391-HZ
**Filer:** Ja' Vonce Warre
**Document Number:** 1
**Judge(s) Assigned:** Marco A. Hernandez (presiding)

**Docket Text:**
First Complaint. Filing fee in the amount of $402 collected. Agency Tracking ID: AORDC-8859120 Jury Trial Requested: Yes. Filed by Ja' Vonce Warre against Ja' Vonce Warre (Attachments: # (1) Proposed Summons, # (2) Proposed Summons, # (3) Proposed Summons). (Wagner, Joseph)

**3:23-cv-00391-HZ Notice has been electronically mailed to:**

Joseph Wagner &nbsp &nbsp joseph@jwagner.legal

**3:23-cv-00391-HZ Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=3/17/2023] [FileNumber=8146510-0] [ 98d3be5137ea2639bb18e5f9ef474ce09a69e23deb1f02d8d785ba1d3212175aa0ea5a 9536ca595882abe984cebb1b8b7381782d8b4ce1844167660a3595a2d0]]
**Document description:** Proposed Summons
**Original filename:** Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=3/17/2023] [FileNumber=8146510-1] [ 8b1c7aed0824a0998b0da18d16f002a46d37fbd68dc0f91f4190b407129f8ca03b53de 5eb7a3b0dc6d3a8861a38b6d4ff2a4c5e3a563bf183781710e6954e5e8]]
**Document description:** Proposed Summons
**Original filename:** Not Available
**Electronic document Stamp:**

[STAMP ordStamp_ID=875559790 [Date=3/17/2023] [FileNumber=8146510-2] [
406610d565efe43248390f90aec67902825ccc7e28078e2fd755f74ebe1923fb1f2947
29deeaf2b121efc6c2fd1a3a469ee0b52c0ef0201a1b985c56fb41479a]]
**Document description:**Proposed Summons
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=3/17/2023] [FileNumber=8146510-3] [
a58380dbb9669c0071f219553accfed290de262f78e5f7ec054802e09bfc18f0b02fe5
22434c170e876f78ecec97db8639d61e04f52c40348cf4de6336ce9d1c]]



Joseph Wagner <joseph@jwagner.legal>

## Activity in Case 3:23-cv-00391-HZ Warre v. Portfolio Services Limited, Inc. et al Complaint
1 message

**info@ord.uscourts.gov** <info@ord.uscourts.gov>						Fri, Mar 17, 2023 at 2:39 PM
To: nobody@ord.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Oregon**

### Notice of Electronic Filing

The following transaction was entered by Wagner, Joseph on 03/17/2023 at 2:04:57 PM PDT and filed on 03/17/2023

**Case Name:**     Warre v. Portfolio Services Limited, Inc. et al
**Case Number:**   [3:23-cv-00391-HZ](#)
**Filer:**         Ja' Vonce Warre
**Document Number:** [1](#)

**Docket Text:**
First Complaint. Filing fee in the amount of $402 collected. Agency Tracking ID: AORDC-8859120 Jury Trial Requested: Yes. Filed by Ja' Vonce Warre against Ja' Vonce Warre (Attachments: # (1) Proposed Summons, # (2) Proposed Summons, # (3) Proposed Summons). (Wagner, Joseph) (Additional attachment(s) added on 3/17/2023: # (4) Complaint) (ecp).

**3:23-cv-00391-HZ Notice has been electronically mailed to:**

Joseph Wagner      joseph@jwagner.legal

**3:23-cv-00391-HZ Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=3/17/2023] [FileNumber=8146510-0] [ 98d3be5137ea2639bb18e5f9ef474ce09a69e23deb1f02d8d785ba1d3212175aa0ea5a 9536ca595882abe984cebb1b8b7381782d8b4ce1844167660a3595a2d0]]
**Document description:** Proposed Summons
**Original filename:** Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=3/17/2023] [FileNumber=8146510-1] [ 8b1c7aed0824a0998b0da18d16f002a46d37fbd68dc0f91f4190b407129f8ca03b53de 5eb7a3b0dc6d3a8861a38b6d4ff2a4c5e3a563bf183781710e6954e5e8]]
**Document description:** Proposed Summons
**Original filename:** Not Available
**Electronic document Stamp:**

[STAMP ordStamp_ID=875559790 [Date=3/17/2023] [FileNumber=8146510-2] [
406610d565efe43248390f90aec67902825ccc7e28078e2fd755f74ebe1923fb1f2947
29deeaf2b121efc6c2fd1a3a469ee0b52c0ef0201a1b985c56fb41479a]]
**Document description:**Proposed Summons
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=3/17/2023] [FileNumber=8146510-3] [
a58380dbb9669c0071f219553accfed290de262f78e5f7ec054802e09bfc18f0b02fe5
22434c170e876f78ecec97db8639d61e04f52c40348cf4de6336ce9d1c]]
**Document description:** Complaint
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=3/17/2023] [FileNumber=8146510-4] [
9eb9fc7299ee102553bb1ae02ab12f281d443e502789731688137fe942b8ec6d2241b7
3a9fb4c301ff45fad1b254463afbb4e26b13d291c8eda939b310efb3dc]]

*This is a re-generated NEF. Created on 3/17/2023 at 2:39 PM PDT*

# U.S. District Court
# District of Oregon
# Internet Payment History for Wagner, Joseph
## 2/20/2023 to 3/20/2023

| Case no. | Date Paid | Description | Payment Method | Receipt # | Amount |
|---|---|---|---|---|---|
| 3:23-cv-00391-HZ | 2023-03-17 14:03:56 | Complaint( 3:23-cv-00391) [cmp cmpat] ( 402.00) | cr card | AORDC-8859120 | $ 402.00 |
| 3:23-cv-00391-HZ | 2023-03-17 14:14:30 | Complaint( 3:23-cv-00391-HZ) [cmp cmpat] ( 402.00) | cr card | AORDC-8859153 | $ 402.00 |