# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 3:23-CV-00391-HZ

Plaintiff:
**JA'VONCE WARRE**

vs.

Defendant:
**PORTFOLIO SERVICES, LIMITED, INC., AND PORTFOLIO SE, INC., AND EXPRESS SYTEMS, INC.**

Received by PREFERRED PROCESS SERVERS, LLC. on the 27th day of April, 2023 at 11:49 am to be served on **PORTFOLIO SERVICES LIMITED, INC., c/o CORPORATION SERVICE COMPANY, Registered Agent, 1127 Broadway St. NE, Suite 310, Salem, OR 97301.**

I, Patricia S. Bennett, do hereby affirm that on the **27th day of April, 2023** at **1:25 pm,** I:

Served **PORTFOLIO SERVICES LIMITED, INC., c/o CORPORATION SERVICE COMPANY, Registered Agent** pursuant to ORCP 7D(3)(b)(i) by delivering a true copy of the **Summons in a Civil Action, Civil Complaint (Unfair Trade Practice, Tortious Interference with Contract, Fraudulent Misrepresentation, and Civil Case Assignment Order** to **Chrisina Hammond, Service of Process Technician**, person in charge of the office who is authorized to accept service at **1127 Broadway Street NE, Suite 310, Salem, OR 97301.**

I certify that I was and now am a competent person, over the age of 18 years, and a resident of the State of Oregon or the state of service. I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise and I know that the person, firm or corporation served is the identical one named in the action.

I also certify that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

*Patricia S. Bennett*
Patricia S. Bennett
Process Server

4-27-2023
Date

PREFERRED PROCESS SERVERS, LLC.
167 High Street S.E.
P.O. Box 846
Salem, OR 97308-0846
(503) 990-6637

Our Job Serial Number: PAT-2023000523

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2e