**Joshua D. Stadtler**, OSB No. 131613
Email: jstadtler@dunncarney.com
**Grant M. Elder**, OSB No. 183325
Email: gelder@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Avenue, Suite 1500
Portland, OR  97204-1357
Telephone: 503.224.6440
Fax: 503.224.7324

Attorneys for Defendants Portfolio Services Limited, Inc., Portfolio SE, Inc. and Express Systems, Inc.

**Joseph Wagner**, OSB  No. 211725
Email: joseph@jwagner.legal
Joseph Wagner Law Office
1220 Main Street, Suite 400
Vancouver, WA 98660
Telephone: 306.597.4173

Attorney for Plaintiff Ja'Vonce Warre

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JA'VONCE WARRE**, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>**PORTFOLIO SERVICES LIMITED, INC.**, a Texas corporation; **PORTFOLIO SE, INC.**, a Texas corporation; and **EXPRESS SYSTEMS, INC.**, a California corporation,<br><br>        Defendants. | Case No. 3:23-cv-00391-HZ<br><br>**FED. R. CIV. P. 41(a)(1)(A)(ii) JOINT NOTICE OF SETTLEMENT** |

Pursuant to L.R. 41(a), defendants Portfolio Services Limited, Inc., Portfolio SE, Inc., and Express Systems, Inc. ("**Defendants**"), and plaintiff Ja'Vonce Warre ("**Plaintiff**") herein provide

Page 1   –   FED. R. CIV. P. 41(a)(1)(A)(ii) JOINT NOTICE OF SETTLEMENT

notice to the Court that the parties have reached agreement on the terms and conditions of full settlement of this matter.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and L.R. 41(b), the parties request the Court dismiss the case with prejudice and without attorney's fees or costs to any party.

| DUNN CARNEY ALLEN HIGGINS & TONGUE LLP | JOSEPH WAGNER LAW OFFICE |
|---|---|
| /s/ Grant M. Elder | /s/ Joseph Wagner |
| Joshua D. Stadtler, OSB No. 131613 | Joseph Wagner, OSB No. 211725 |
| Email: jstadtler@dunncarney.com | Email: joseph@jwagner.legal |
| Grant M. Elder, OSB No. 183325 | 1220 Main Street, Suite 400 |
| Email: gelder@dunncarney.com | Vancouver, WA 98660 |
| 851 SW Sixth Avenue, Suite 1500 | Telephone: 306.597.4173 |
| Portland, OR 97204-1357 | Attorney for Plaintiff Ja'Vonce Warre |
| Telephone: 503.224.6440 | Dated: December 1, 2023. |
| Fax: 503.224.7324 | |
| Attorneys for Defendants Portfolio Services Limited, Inc., Portfolio SE, Inc. and Express Systems, Inc. | |
| Dated: December 1, 2023. | |